BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY CASILLAS, FARHAD MASOUDI, <br><br>     Plaintiffs, <br><br> v. <br><br> Michael Biggs, et al. <br><br>     Defendants. | No. 2:11-cv-1914 DAD <br><br> JOINT STIPULATION AND ORDER RE: REQUEST TO HOLD MATTER IN ABEYANCE. |

This is an immigration case in which plaintiffs challenge the revocation of visa petitions filed by plaintiff Audrey Casillas by U.S. Citizenship and Immigration Services' (CIS) and seeking an order of declaratory relief that the visa petitions be approved.  As of April 27, 2011, however, an administrative appeal of the revocation of the visa petitions is pending before the Board of Immigration Appeals.  Because a decision on the matter from the Board would either moot this lawsuit in its entirety or significantly alter the posture of the lawsuit, the parties hereby stipulate that the matter be held in abeyance pending a decision from the Board.  It is not known when the Board will reach a decision; the parties will submit a status report to the Court by January 15, 2012 if no decision has been reached by that date.

The parties therefore request that the case be held in abeyance until January 15, 2012.

Dated: October 25, 2011

                                            BENJAMIN B. WAGNER
                                            United States Attorney

-1-

By:  /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By:  /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that, good cause having been shown, the matter is held in abeyance pending resolution of the administrative appeal by the Board of Immigration Appeals.  The parties are to submit a joint status report no later than January 12, 2012 advising as to the status of the administrative appeal.

IT IS SO ORDERED.

DATED: October 26, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1:orders\consent\casillas1914.stay

-2-