BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY CASILLAS, FARHAD MASOUDI, <br><br>　　　Plaintiffs, <br><br>　　v. <br><br>Michael Biggs, et al. <br><br>　　　Defendants. | No. 2:11-cv-1914 DAD <br><br> FIFTH JOINT STIPULATION AND ORDER RE: REQUEST TO HOLD MATTER IN ABEYANCE. |

　　　This is an immigration case in which plaintiffs challenge the revocation of visa petitions filed by plaintiff Audrey Casillas by U.S. Citizenship and Immigration Services' (CIS) and seek an order of declaratory relief that the visa petitions be approved. The parties previously stipulated to hold the matter in abeyance pending an appeal to the Board of Immigration Appeals. Due to an error by CIS, the administrative Record of Proceedings was not filed with the Board until recently. The delay in receipt of the Record of Proceedings has delayed a decision from the Board in this case. It is now expected that the Board will issue a decision promptly.

　　　Because of the likelihood that adjudication by the Board of Immigration Appeals will render this action moot, the parties request that the case continue to be held in abeyance until March 14, 2013, and that all case deadlines be extended to sometime after that date.

/////
/////
/////
/////
/////
.

Dated: December 12, 2012

                                          BENJAMIN B. WAGNER
                                          United States Attorney

By:    /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Defendants

By:    /s/ Robert B. Jobe
        Robert B. Jobe
        Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that, good cause having been shown, the matter is held in abeyance pending resolution of the administrative appeal by the Board of Immigration Appeals. The parties are to submit a joint status report no later than March 14, 2013 advising as to the status of the administrative appeal.

IT IS SO ORDERED.

DATED: December 14, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent\casillas1914.stay5.wpd