BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUDREY CASILLAS, FARHAD MASOUDI,<br><br>    Plaintiffs,<br><br>    v.<br><br>Michael Biggs, et al.<br><br>    Defendants. | No. 2:11-cv-1914 DAD<br><br>JOINT STIPULATION AND ORDER RE: REQUEST TO HOLD MATTER IN ABEYANCE. |

    This is an immigration case in which plaintiffs challenge the revocation of visa petitions filed by plaintiff Audrey Casillas by U.S. Citizenship and Immigration Services' (CIS) and seek an order of declaratory relief that the visa petitions be approved. The parties previously stipulated to hold the matter in abeyance pending an appeal to the Board of Immigration Appeals. Since the parties' last filing, the Board remanded the matter to CIS for an issue related to the record of proceedings. It is expected that the matter will be returned to the Board for adjudication.

    Because of the likelihood that adjudication by the Board of Immigration Appeals will render this action moot, the parties request that the case continue to be held in abeyance until November 14, 2013, and that all case deadlines be extended to sometime after that date.

Dated: June 7, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that, good cause having been shown, the matter is held in abeyance pending resolution of the administrative appeal by the Board of Immigration Appeals. The parties are to submit a joint status report no later than November 14, 2013 advising as to the status of the administrative appeal.

IT IS SO ORDERED.

DATED: June 10, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent\casillas1914.stay7.wpd

-2-