BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY CASILLAS and FARHAD MASOUDI, | No. 2:11-cv-1914 DAD |
| Plaintiffs, | **Joint Status Report and Proposed Stipulation re: Continued Abeyance and Order** |
| v. | |
| MICHAEL BIGGS, *et al.*, | |
| Defendants. | |

    This is an immigration case which is currently in abeyance pending resolution of an administrative appeal by the Board of Immigration Appeals. Since the parties' last filing, the Board returned to United States Citizenship and Immigration Services (USCIS), which in turn recently issued a Notice of Intent to Revoke. Plaintiffs are now in the process of responding to the Notice of Intent to Deny. USCIS will then consider that response and complete its adjudication. From there, it is possible that Plaintiffs might take further appeal to the Board of Immigration Appeals.

    The parties therefore stipulate to an additional 6-month abeyance period for the conclusion of this administrative process. The parties will file a further status report on May 14,

2014.  Good cause having been shown, the parties request a suspension of all other filing deadlines during this period.

Dated: November 14, 2013          Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

DATED: November 14, 2013          Respectfully submitted,
/s/ Sarah Castello
Law Office of Robert B. Jobe
Attorney for the Plaintiffs

ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  November 13, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1\orders.consent\casillas1914.stay8.docx

2