BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY CASILLAS and FARHAD MASOUDI, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL BIGGS, *et al.*, <br><br> Defendants. | No. 2:11-cv-1914 DAD <br><br> **Joint Status Report, Stipulation and Order re: Continued Abeyance** |

This is an immigration case which is currently in abeyance pending resolution of an administrative appeal by the Board of Immigration Appeals. Since the parties' last filing, the matter was remanded from the Board of Immigration Appeals to Citizenship and Immigration Services. USCIS reaffirmed its revocation, and the matter is once again on administrative appeal to the Board. It is expected that the Board will issue a new decision within the next 4-6 months.

The parties therefore stipulate to an additional 6-month abeyance period for the conclusion of this administrative process. The parties will file a further status report on November 14, 2014. Good cause having been shown, the parties request a suspension of all other filing deadlines during this period.

/////

/////

/////

1

Dated: May 14, 2013            Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

DATED: May 14, 2013           Respectfully submitted,
/s/ Sarah Castello
Law Office of Robert B. Jobe
Attorney for the Plaintiffs

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: May 15, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent
casillas1914.stay9.docx

2