BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY CASILLAS and FARHAD MASOUDI, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL BIGGS, *et al.*, <br><br> Defendants. | Case No. 2:11-cv-1914 DAD <br><br> **Joint Status Report, Stipulation re: Continued Abeyance and Order** |

     This is an immigration case which is currently in abeyance pending resolution of an administrative appeal by the Board of Immigration Appeals. Unfortunately the Board of Immigration Appeals has not issued a new decision yet, and the matter remains pending at the Board. Because a new decision from the Board is an essential next step in this litigation, the parties stipulate to an additional 6-month abeyance period for the conclusion of this administrative process. The parties will file a further status report on May 14, 2015. Good cause having been shown, the parties request a suspension of all other filing deadlines during this period.

1

| | | |
|---|---|---|
| 1 | Dated: November 14, 2014 | Respectfully submitted, |
| 2 | | BENJAMIN B. WAGNER |
| 3 | | United States Attorney |
| 4 | | /s/ Audrey B. Hemesath |
| | | AUDREY B. HEMESATH |
| 5 | | Assistant U.S. Attorney |

DATED: November 14, 2014         Respectfully submitted,

/s/ Sarah Castello
Law Office of Robert B. Jobe
Attorney for the Plaintiffs

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  November 10, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1.consent
casillas1914.stay10.ord.docx

2