Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
Anna L. Benvenue (Cal. State Bar #261436)
Director, Appellate Writing Group
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel (415) 494-8597
Fax: (415) 967-7055
Email: federal@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AUDREY CASILLAS<br><br>FARHAD MASOUDI<br><br>Plaintiffs,<br><br>vs.<br><br>MONICA E. TORO, ET. AL.<br><br>Defendants | No. 2:11-cv-01914-DB<br><br>JOINT STIPULATION AND ORDER TO HOLD CASE IN ABEYANCE |

This is an immigration case in which Plaintiffs originally filed a mandamus action in 2011 to compel the Defendants to adjudicate the second Form I-130 Ms. Casillas filed on behalf of her husband, Mr. Masoudi in 2009. ECF No. 1. Thereafter Defendants denied Ms. Casillas' second Form I-130, and in June 2015 Plaintiffs filed an amended complaint challenging the

denial. ECF No. 32. In July 2015, Defendants filed an answer. ECF No. 35. On July 31, 2015, Defendants filed a copy of the certified administrative record with the Court and the parties were planning to propose a dispositive motions schedule. ECF No. 36. Instead, on August 31, 2015, the parties stipulated to hold this case in abeyance based on a possible alternate form of relief which would have rendered this lawsuit moot. ECF No. 37. On September 23, 2015, this Court signed the order holding this case in abeyance. ECF No. 38. Thereafter that possible avenue of relief was denied, and the parties requested that the Court set deadlines for the filing of dispositive motions on February 23, 2017. On April 4, 2017, the Court set deadlines for the parties to file dispositive motions. ECF No. 44.

On April 11, 2017, the United States Citizenship and Immigration Service ("USCIS") conducted an examination of Plaintiffs at the San Francisco Field Office regarding the third Form I-130, Alien Relative Petition that Ms. Masoudi filed on behalf of her husband in 2016. The parties anticipate that the USCIS will render a decision on that petition within six to eight weeks. If the USCIS approves Ms. Masoudi's third petition, this complaint will be rendered moot and Plaintiffs will file a voluntary dismissal.

As such, the parties believe that considerable judicial resources can be saved by agreeing to hold the proceedings in abeyance while the USCIS considers Plaintiff Casillas' petition. The parties agree to notify the Court within ten days of a decision. As such, good cause exists for the Court to hold this case in abeyance pending the resolution of Ms. Casillas' Form I-130 petition.

Dated: April 18, 2017                    Respectfully submitted,

/s/ Robert B. Jobe                       /s/ Craig Kuhn
ROBERT B. JOBE                           CRAIG KUHN
The Law Office of Robert B. Jobe         Trial Attorney, District Court Section
ANNA BENVENUE                            Office of Immigration Litigation
Director, Appellate Writing Group        U.S. Department of Justice – Civil Division
550 Kearny Street, Suite 200             P.O. Box 868 – Ben Franklin Station

Joint Stipulation to Set Disposition Motions Deadlines
Case No.: 2:11-cv-01914-DB

| | |
|---|---|
| San Francisco, California 94108 | Washington D.C. 20044 |
| Tel: (415) 956-5513 | Tel: (206) 616-3540 |
| Email: federal@jobelaw.com | Email: Craig.Kuhn@usdoj.gov |
| Attorneys for Petitioner | Attorney for Defendants |

## **ORDER**

Pursuant to the parties' stipulation, (ECF No. 43), IT IS HEREBY ORDERED that:

1. This case is held in abeyance pending the USCIS's resolution of Plaintiff Casillas' Form I-130 petition;

2. The parties shall notify the Court within ten days of a decision; and

3. The Clerk of the Court shall administratively close this case.

DATED: April 18, 2017         /s/ DEBORAH BARNES
                              UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.consent\casillas1914.stay.ord

Joint Stipulation to Set Disposition Motions Deadlines
Case No.: 2:11-cv-01914-DB